# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CORNEILUS JOHANNES VAN ROOYEN,
and CATHRINE SILVERA VAN ROOYEN,

    Plaintiff,

v.

    Case No. 18-10895

GREYSONE HOME BUILDERS, LLC ET AL.,

    Defendant.
    _____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In March, 2018, the above-captioned matter was transferred to this district from the Northern District of Texas. Since that time, no party has taken any action. On July 26, 2018, the court ordered both Plaintiffs and Defendants to show cause why the case should not be dismissed for failure to prosecute. *See* Eastern District of Michigan Local Rules 41.2 & 83.20(f). The deadline set by the court has passed, and no response has been filed. Inasmuch as the parties have failed to respond to the Order to Show Cause, failed to designate local counsel, and failed to take any action in this case for a reasonable time period,

IT IS ORDERED that this case is DISMISSED, without prejudice, for failure to prosecute under E.D. Mich. LR 41.2.

    s/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: August 14, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 14, 2018, by electronic and/or ordinary mail.

    s/Lisa Wagner
    Case Manager and Deputy Clerk
    (810) 292-6522